500-15 501-15 502-15 503-15 504-15 505-15

# ELECTRONIC RECORD

COA # __05-14-00978-CR__     OFFENSE: OTHER CRIMINAL

STYLE: Nicholas Davell Amos v. The State of Texas     COUNTY: Dallas

COA DISPOSITION:     AFFIRM     TRIAL COURT: 291st Judicial District Court

DATE: 03/31/2015     Publish: NO     TC CASE #: F-1341905-U

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Nicholas Davell Amos v. The State of Texas

CCA #: **500-15 501-15 502-15 503-15 504-15 505-15**

_____PRO SE_____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: 08/26/2015

SIGNED: _____     PC: _____

JUDGE: _____

PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD